IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 25-MJ-3320 KRS

MAX FLORES, JR.,

    Defendant.

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant, MAX FLORES, JR., by and through attorney of record, Joe Jacinto, and hereby gives notice that he intends to enter a guilty plea in this case. Defendant further acknowledges that the time period from the date of this notice to the date of the change of plea hearing should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

                                                      Respectfully submitted,

                                                      *Electronically filed 11/26/2025*
                                                      /s/ *Joe Jacinto*_____
                                                      JOE JACINTO
                                                      Attorney for Defendant
                                                      Federal Public Defender Office
                                                      506 S. Main Street, Suite 400
                                                      Las Cruces, NM 88001
                                                      Telephone: 575-527-6930

---

[1] *United States v. Loughrin*, 710 F.3d 1111, 1120 (10th Cir. 2013) (holding that a defendant's request to change his plea clearly constitutes a pretrial motion which triggers exclusion of time under the Speedy Trial Act, thus, the days between a notice of a change of plea and the change-of-plea hearing are excludable under the STA"); s*ee also United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")